UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOBLE CHRISTO EL, | : | |
| Petitioner, | : | Civ. No. 22-5926 (RBK) |
| v. | : | |
| WILLIAM TODD MILLER, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

Petitioner is currently detained at the Atlantic County Justice Facility ("ACJF") in Mays Landing, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See* ECF 1). Petitioner's habeas petition in this action is identical to another § 2241 habeas action Petitioner filed in this Court. *See* Civ. No. 22-4961. Thus, the Clerk will be ordered to administratively terminate this habeas action as it is duplicative of the action Petitioner previously filed.

Accordingly, IT IS on this 30th day of December, 2022,

ORDERED that the Clerk shall administratively terminate this action as it is duplicative of Petitioner's habeas action in Civ. No. 22-4961; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge